Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# FIRST AMENDED MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name         Ian S. Landsberg, Esq.

Address      16030 Ventura Blvd., Suite 470 Encino, CA 91436

Telephone    (818) 855-5900 Fax: (818) 855-5910

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>Weeneez LLC | Case No.: 2:10-bk-58946 |
| | Chapter: 7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: December 22, 2010            /s/ Sid Carter
                                   Sid Carter/Chief Executive Officer
                                   Signer/Title

Date: December 22, 2010            /s/ Ian S. Landsberg
                                   Signature of Attorney
                                   Ian S. Landsberg, Esq.
                                   LANDSBERG & ASSOCIATES, A Professional Law Corporation
                                   16030 Ventura Blvd., Suite 470
                                   Encino, CA 91436
                                   (818) 855-5900   Fax: (818) 855-5910

Weeneez LLC
2055 NW 29th Avenue, #6
Portland, OR 97210


Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES, A Professional Law Corporation
16030 Ventura Blvd., Suite 470
Encino, CA 91436


American Arbitration Association
Tonya Bailey
Case Manager
6795 N. Palm Avenue, 2nd Floor
Fresno, CA 93704


AT&T
P.O. Box 105068
Atlanta, GA 30348


Butler Chemicals, Inc.
1283 North Grove Street
Anaheim, CA 92806


California Board of Equalization
5901 Green Valley Circle, Ste. 200
Culver City, CA 90230


City of Los Angeles
Department of Public Works
Accounting Department
200 N. Spring Street, Rm. 967
Los Angeles, CA 90012


Coca-Cola
P.O. Box 102703
Atlanta, GA 30368-2703

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


IRS
Ogden, UT
Ogden, UT 84201


La Mill Coffee
Accounting Department
1112 Westminster Avenue
Alhambra, CA 91803


Lexevia PLC
c/o Colbern Stuart III, Esq.
4139 Via Marina Way
Penthouse 3
Marina Del Rey, CA 90292


Los Angeles County Tax Collector
225 N. Hill Street, Room 122
Los Angeles, CA 90012


Los Angeles Department
of Water and Power
P.O. Box 30808
Los Angeles, CA 90030


Lucky Dog Pizza, LLC
Attn: David McGrath
500 S. Spring Street
Los Angeles, CA 90013


Pete Fer Plumbing
2020 South Mesa Street
Carson, CA 90745

Prudens Business Advisors
Attention: Azi Manoussi
8350 Wilshire Blvd., Suite 200
Beverly Hills, CA 90211


Public Storage
649 S. Boyle Avenue
Los Angeles, CA 90023


Pyro-Comm, Systems Inc.
c/o Louis Jacobs, Esq.
11693 San Vicente Boulevard, #318
Los Angeles, CA 90049


Quality Waste Service
3534 Whittier Boulevard
Los Angeles, CA 90023


R City, Inc.
c/o Thomas E. Moore III, Esq.
The Moore Law Team
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301


R U Grounded, Inc.
c/o Court Services LLC
5001 Birch Street
Newport Beach, CA 92660


Security Building Loft Partners, LP
Cassandra McCasland
and Sharon Reynolds
8110 East Union Avenue, Suite 200
Denver, CO 80237


Setsu Carter
4571 Don Felipe Drive
Los Angeles, CA 90008

Sid Carter
2055 NW 29th Avenue, #6
Portland, OR 97210


Travelers Indemnity Co.
300 Arboretum Place
P.O. Box 26446
Portland, OR 97210